RECEIVED
IN LAKE CHARLES, LA
APR 2 2 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| BRYAN LOWE | CIVIL ACTION NO. 08-674 |
| VS. | SECTION P |
| WARDEN, C. PAUL PHELPS CORRECTIONAL CENTER A/K/A ROBERT HENDERSON | JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that this petition for *habeas corpus* be DENIED AND DISMISSED WITH PREJUDICE because petitioner's claims are moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 21 day of April, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE